IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID RAY LYNCH,<br><br>        Defendant. | 1: 00 - CR - 5324 AWI<br><br>**ORDER REQUIRING ATTORNEY JAMES HOMOLA TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

      This action was set for hearing at 9:00 a.m. on May 29, 2007. Defendant's attorney, James Homola ("Attorney Homola"), was not present at 9:00 a.m. Attorney Homola did contact the court via telephone and indicated to court staff that he was running late. However, Attorney Homola did not appear at any time during the court's morning calendar. Attorney Homola also did not appear during the court's afternoon calendar, which began at 1:30 p.m. Attorney Homola had still not appeared when court concluded for the day at 3:35 p.m.

      Accordingly, Attorney Homola is ORDERED to SHOW CAUSE in writing by June 11, 2007 why he should not be sanctioned for his failure to appear in court regarding this action on May 29, 2007.

IT IS SO ORDERED.

**Dated:   May 29, 2007**                              /s/ Anthony W. Ishii
                                                                      UNITED STATES DISTRICT JUDGE