UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff      )<br>                              )<br>    v.                        )<br>                              )<br> DAVID RAY LYNCH,             )<br>                              )<br>            Defendant      )<br>_____) | 1:00-CR-5324-001 AWI<br><br>ORDER AFTER HEARING ON<br>SUPERVISED RELEASE<br>VIOLATION |

    The Court finds the releasee has violated the terms and conditions of supervision as alleged in the petition filed on February 13, 2007.

    It is the Judgment of the Court that supervised release heretofore granted on April 8, 2002, is hereby continued with all previously ordered conditions in effect.

Dated: June 26, 2007              /s/ ANTHONY W. ISHII
                                  _____
                                  Anthony W. Ishii
                                  United States District Judge

1